**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Benjamin CANEZ, Defendant—
Appellant.**

No. 07–10577.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

Claire Kiehl Lefkowitz, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Natman Schaye, Esq., Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, WALLACE and RYMER, Circuit Judges.

MEMORANDUM **

Benjamin Canez appeals from the 25–month sentence imposed upon revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Canez contends that it was unreasonable for the district court to impose an above-Guidelines range sentence pursuant to the departure provision set forth in U.S.S.G. § 7B1.4 Application Note 3, and that the sentence is also unreasonable in light of the applicable 18 U.S.C. § 3553(a) factors. We conclude that the sentence is reasonable. *See United States v. Miqbel,* 444 F.3d 1173, 1176 (9th Cir.2006); *United States v. Mohamed,* 459 F.3d 979, 986–87 (9th Cir.2006).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.